**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                                              : CHAPTER 13
   **James & Jennifer Escher**

                                                                                : NO. 16-14263-elf

**ORDER GRANTING EXTENSION OF TIME**

        AND NOW, this  18th  day of  July  , 2016, upon consideration of the Debtor's Application for a Extension of Time to file Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income, it is hereby ORDERED that the debtors' Application is Granted. The Debtors shall have until July 25, 2016 to file their Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income.

        No further extensions shall be granted.

                                                                      **ERIC L. FRANK**
                                                                     Chief U.S. Bankruptcy Judge