United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14263-elf
James C Escher, Jr.                                                     Chapter 13
Jennifer L. Escher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP             Page 1 of 1          Date Rcvd: Jul 19, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2016.
db/jdb         +James C Escher, Jr.,    Jennifer L. Escher,    219 Springfield Avenue,    Folsom, PA 19033-1320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2016 at the address(es) listed below:
              JOHN G. GRAY    on behalf of Joint Debtor Jennifer L. Escher esqjgray@aol.com
              JOHN G. GRAY    on behalf of Debtor James C Escher, Jr. esqjgray@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
   James & Jennifer Escher

: NO. 16-14263-elf

ORDER GRANTING EXTENSION OF TIME

     AND NOW, this <u>18th</u> day of <u>  July  </u>, 2016, upon consideration of the Debtor's Application for a Extension of Time to file Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income, it is hereby ORDERED that the debtors' Application is Granted. The Debtors shall have until July 25, 2016 to file their Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income.

     No further extensions shall be granted.

                                         **ERIC L. FRANK**
                                         Chief U.S. Bankruptcy Judge