# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  James C Escher, Jr. & Jennifer L. Escher
Bankruptcy No. 16-14263
Adversary No.
Chapter        13

Date:   July 25, 2016

To:        Joshua I. Goldman, Esq.

## NOTICE OF INACCURATE FILING

Re:  Entry of Appearance and Request for Notices

The above pleading was filed in this office on **July 22, 2016.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )  Debtor's name does not match case number listed
- ( )  Debtor's name and/or case number (is) are missing
- **(x)**  Wrong PDF document attached
- ( )  PDF document not legible
- ( )  Notice of Motion/Objection
- ( )  Electronic Signature missing
- ( )  Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **Paul A. Puskar**
Deputy Clerk

CM-ECF 10 day notice.frm
4/30/04