**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| James C. Escher, Jr. | | |
| Jennifer L. Escher | : | |
| Debtor | : | Bankruptcy No. 16-14263ELF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated June 15, 2016 and July 6, 2016 and July 25, 2016, this case

is hereby DISMISSED.

**Date: July 26, 2016**

_____
ERIC L. FRANK
Chief United States Bankruptcy Judge

Missing Documents:

    Ch13 Income Fm 122C-1
    Means Test 122C-2
    Disclosure of Attorney Compensation
    Chapter 13 Plan
    Schedules A/B-J
    Statement of Financial Affairs
    Sum. Assets & Liabilities

bfmisdoc elf (1/22/15)