United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    Case No. 16-14263-elf
James C Escher, Jr.                                       Chapter 13
Jennifer L. Escher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP           Page 1 of 1           Date Rcvd: Jul 26, 2016
                             Form ID: pdf900        Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2016.
db/jdb         +James C Escher, Jr.,    Jennifer L. Escher,   219 Springfield Avenue,   Folsom, PA 19033-1320
13754823        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13744153       +Financial Pacific leasing,    3455 s. 344th Way # 300,   Auburn WA 98001-9546
13744154       +Jennifer Escher,   219 Springfield Avenue,    Folsom, PA 19033-1320
13744155       +Liberty Financial,   PO Box 215,   Marshall, MN 56258-0215
13744151        PO Box 339,   Lima, PA 19037-0339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jul 27 2016 01:16:00     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2016 01:15:54
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 27 2016 01:16:00     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13744156       E-mail/Text: camanagement@mtb.com Jul 27 2016 01:15:53     M&T Bank,   PO Box 1288,
                Buffalo, NY 14240
13756092       E-mail/Text: camanagement@mtb.com Jul 27 2016 01:15:53     M&T Bank,   P.O. Box 840,
                Buffalo, NY 14240-0840
                                                                                          TOTAL: 5


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13744150       John G. Gray
13744152*      +James C. Escher, Jr.,   219 Springfield Avenue,   Folsom, PA 19033-1320
                                                                         TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2016 at the address(es) listed below:
          JOHN G. GRAY   on behalf of Joint Debtor Jennifer L. Escher esqjgray@aol.com
          JOHN G. GRAY   on behalf of Debtor James C Escher, Jr. esqjgray@aol.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                         TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| James C. Escher, Jr. | | |
| Jennifer L. Escher | : | |
| | | |
| Debtor | : | Bankruptcy No. 16-14263ELF |

ORDER

AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated June 15, 2016 and July 6, 2016 and
July 25, 2016, this case

is hereby DISMISSED.

**Date: July 26, 2016**

_____
ERIC L. FRANK
Chief United States Bankruptcy Judge

Missing Documents:

Ch13 Income Fm 122C-1
Means Test 122C-2
Disclosure of Attorney Compensation
Chapter 13 Plan
Schedules A/B-J
Statement of Financial Affairs
Sum. Assets & Liabilities

bfmisdoc elf (1/22/15)