# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James C. Escher Jr<br>Jennifer L. Escher<br>　　　　　　　　Debtors | CHAPTER 13 |
| M&T Bank, its successors and/or assigns<br>　　　　　　　　Moving Party<br>　　vs.<br>James C. Escher Jr<br>Jennifer L. Escher<br>　　　　　　　　Debtors | NO. 16-14263 ELF |
| William C. Miller Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Entry of Appearance of M&T Bank, which was filed with the Court on or about **7/22/2016**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

August 2, 2016